UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JAMIL GARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>NGOZ, et al.,<br><br>    Defendants. | CASE No. 1:16-cv-00259-MJS (PC)<br><br>**ORDER DIRECTING CLERK TO CORRECT DOCKET PURSUANT TO ECF No. 6** |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. He has consented to Magistrate Judge jurisdiction. (ECF No. 4.) No other parties have appeared in the action.

    Plaintiff initiated this action on February 24, 2016. (ECF No. 1.) His complaint lists a single defendant: Dr. Ngozi Igbinosa at the Medical Department at California Substance Abuse Treatment Facility ("CSATF"), Corcoran. However, the action was opened against the following three separate defendants, perhaps due to difficulties with the handwritten pleadings: (1) Ngoz, (2) Igbinosa, and (3) Medical Department, CSATF. Plaintiff brought this docket error to the Court's attention on March 8, 2016. (ECF No. 6.)

In light of Plaintiff's notice regarding the error, the Clerk's Office is HEREBY DIRECTED to correct the docket to reflect Dr. Ngozi Igbinosa as the sole defendant in this action.

IT IS SO ORDERED.

Dated:   April 4, 2016                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE