UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JAMIL GARRETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. NGOZI IGBINOSA,<br><br>　　　　Defendant. | Case No. 1:16-cv-00259-LJO-MJS (PC)<br><br>**ORDER DENYING, WITHOUT PREJUDICE, MOTION IN LIMINE**<br><br>**(ECF NO. 41)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's motion in limine to exclude unspecified irrelevant and inadmissible material at trial. (ECF No. 41.)

This action remains in discovery and has not been set for trial. Prior to trial, the parties will attend a pre-trial conference and the Court will there set a deadline for filing motions in limine. Plaintiff's present motion is premature and HEREBY DENIED on that basis. The denial is without prejudice to Plaintiff bringing a motion in limine at the appropriate time.

IT IS SO ORDERED.

Dated: March 30, 2018　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE