UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JAMIL GARRETT,<br><br>          Plaintiff,<br><br>     v.<br><br>DR. NGOZI IGBINOSA,<br><br>          Defendant. | Case No.   1:16-cv-00259-LJO-JDP<br><br>ORDER DENYING PLAINTIFF'S MOTIONS AS MOOT<br><br>ECF Nos. 81, 82 |

In this closed case, plaintiff has filed a motion to appoint counsel, ECF No. 81, and a motion for extension of time, ECF No. 82. Because plaintiff's case is closed, these motions are moot in this court. *See* ECF No. 72. To the extent plaintiff seeks these remedies before the Ninth Circuit, they are moot as well. *See* ECF No. 83. Thus, plaintiff's motions, ECF Nos. 81, 82, are denied as moot.

IT IS SO ORDERED.

Dated:   September 4, 2020                                  _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

No. 204.